

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 99-50082-07 |
| VERSUS | JUDGE DONALD E. WALTER |
| WALTER LEE JOHNSON | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is a motion for a Certificate of Appealability filed by the Defendant so that he may seek permission from the Fifth Circuit Court of Appeals to file a successive motion for relief under 28 U.S.C. § 2255. [Doc. #556]. This court lacks jurisdiction to consider this request. *Hooker v. Sivley*, 187 F.3d 680, 681-82 (5th Cir. 1999).

Defendant must file his motion for permission to file a successive 2255 petition with the Fifth Circuit Court of Appeals. Defendant is directed to 28 U.S.C. § 2254 for further information regarding the filing of a successive 2255 petition.

**THUS DONE AND SIGNED**, this 18 day of October, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE